UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                            Plaintiffs,

    - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                         Defendants.
————————————————————————x

**NOTICE OF DEPOSITION**

Civil Court Action No.: 16-6726

SIR/MADAM:

        PLEASE TAKE NOTICE, that we will take the deposition of the following

parties or persons, before a Notary Public not affiliated with any of the parties or their attorneys,

on all relevant and material issues, as authorized by Article 31 of the CPLR:

**PLAINTIFFS:**      **ELVIA PONCE GARCIA and DEMETRIO PERERZ LOPEZ**

DATE:             September 20, 2017

TIME:             10:00 A.M.

PLACE:          AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
                      600 Third Avenue
                      New York, New York 10016

{02000500.DOCX }

PLEASE TAKE FURTHER NOTICE, that the persons to be examined are required to produce all books, records and papers in their custody and possession that may be relevant to the issues herein.

Dated: New York, New York
        June 21, 2017

                                        Yours, etc.

                                        BY:  Robert J. Chappell
                                        AARONSON RAPPAPORT FEINSTEIN &
                                        DEUTSCH, LLP
                                        Attorneys for Defendants
                                        SHAILINI SINGH, M.D. and NYU LUTHERAN
                                        MEDICAL CENTER s/h/a LUTHERAN
                                        MEDICAL CENTER
                                        Office & P.O. Address
                                        600 Third Avenue
                                        New York, NY  10016
                                        212-593-6700

To:     TROLMAN, GALER & LICHTMAN, P.C.
        Attorneys for Plaintiffs
        747 Third Avenue - 23rd Floor
        New York, New York   10017
        (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                              Plaintiffs,

         - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                              Defendants.
————————————————————————x

**DEMAND FOR EXPERT WITNESS
INFORMATION**

Civil Court Action No. 16-6726

SIR/MADAM:

         PLEASE TAKE NOTICE, that demand is hereby made upon you, pursuant to CPLR

§3101(d)(1) to disclose the following information:

    1.     Disclose each person plaintiff(s) expect(s) to call as an expert witness at trial.

    2.     Disclose in reasonable detail the qualifications of each expert witness.  Include
the following:

             a)    Where did the expert attend medical school and when did he or she
                   graduate?

             b)    Did the expert attend internship, residency and/or fellowship programs: If
                   so, where and when?

             c)    Does the expert specialize in any areas of medicine?

             d)    Is the expert Board Certified in any areas of medicine?

             e)    Is the expert licensed to practice medicine in the United States? If so,
                   where and when was he or she licensed?

             f)    What are the expert's hospital affiliations, if any?

    3.     With respect to each and every act or omission which you will claim as the basis
of the alleged malpractice of the defendant(s) herein, disclose in detail the substance of the facts

{02000579.DOCX }

and opinions upon which each expert is expected to testify and a summary of the grounds for each expert's opinion, to include reference to the following:

    a)    The condition or conditions which it is claimed the defendant(s) undertook to treat and upon which plaintiff's(s') complaint(s) is/are based;

    b)    A statement of the accepted medical practices, customs and medical standards which it is claimed were violated by the defendant(s) herein in each of the acts or omissions claimed to be the basis of the liability against it (them);

    c)    The manner in which the defendant(s) herein departed from the above accepted medical practices, customs and standards;

    d)    If the plaintiff(s) claim(s) that the defendant(s) ignored or improperly interpreted complaints, signs, symptoms or conditions; made an erroneous diagnosis; failed to make a proper diagnosis; improperly treated the plaintiff(s); failed to take proper tests; improperly took or administered tests; failed to perform a proper physical examination; set forth:

        (i)    The complaints, signs, symptoms or conditions that the defendant(s) failed to interpret properly;

        (ii)    The proper interpretation, which plaintiff(s) claims should have been reached or made;

        (iii)    In what respect the diagnosis was erroneous and incorrect;

        (iv)    The claimed proper diagnosis;

        (v)    The improper treatment which it is alleged was rendered;

        (vi)    The treatment which it is claimed by plaintiff(s) should have been rendered;

        (vii)    The name and/or description of each and every test defendant(s) failed to take or administer;

        (viii)    The name of each and every test the defendant(s) improperly took or had administered or taken;

        (ix)    The manner in which it is claimed such test(s) should have been administered or taken;

        (x)    A description of the physical examination performed;

        (xi)    The manner in which it is claimed such physical examination should have been performed.

e)     If it is alleged that the defendant(s) herein improperly performed a surgical procedure or that it was contraindicated and/or unnecessary, set forth:

        (i)     The name of each surgical procedure and the date it was performed;

        (ii)     The surgical procedure which it is claimed was contraindicated, and/or unnecessary;

        (iii)     In which manner the aforesaid surgical procedure was contraindicated;

        (iv)     In what manner the aforesaid surgical procedure was improperly performed;

        (v)     In what manner the aforesaid surgical procedure should have been performed.

f)     If any of the claims of medical malpractice relate to the prescribing of a drug or medication, state:

        (i)     The name of each drug or medication prescribed;

        (ii)     The dates(s) of each prescription;

        (iii)     The drugstore(s) where each prescription filled;

        (iv)     The number of times each prescription was filled;

        (v)     The pharmacy number of each prescription.

g)     If the plaintiff claims that the defendant(s) herein administered improper, inappropriate and/or contraindicated drugs, administered proper drugs in incorrect dosages, set forth:

        (i)     The generic and trade name of each and every improper and/or contraindicated drug which was administered or prescribed;

        (ii)     The name of each proper drug allegedly administered incorrectly or in incorrect dosages;

        (iii)     The manner in which it is claimed each such drug should have been administered and/or the correct dosage thereof, or the proper, appropriate and/or indicated drug.

PLEASE TAKE FURTHER NOTICE, that failure to comply with the said demand within sixty (60) days from the last timely service of an answer herein, pursuant to 22 NYCRR 202.56(a)(1)(vi), will result in a motion for an order precluding the introduction, at the time of trial, of any testimony concerning alleged departures from medical standards of care, proximately caused injuries, or economic damages.

Dated:    New York, New York
            June 21, 2017

Yours, etc.

BY:  Robert J. Chappell
AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP
Attorneys for Defendants
SHAILINI SINGH, M.D. and NYU LUTHERAN
MEDICAL CENTER s/h/a LUTHERAN
MEDICAL CENTER
Office & P.O. Address
600 Third Avenue
New York, NY  10016
212-593-6700

To:    TROLMAN, GALER & LICHTMAN, P.C.
      Attorneys for Plaintiffs
      747 Third Avenue - 23rd Floor
      New York, New York  10017
      (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,                                              **NOTICE TO PRODUCE NAMES**
                                                         **AND ADDRESSES OF WITNESSES**
                              Plaintiffs,

                                                         Civil Court Action No. 16-6726
            - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                              Defendants.
———————————————————————x

SIR/MADAM:

            PLEASE TAKE NOTICE, that pursuant to CPLR §3101, all counsel are required to

produce any and all names and addresses of persons:

> 1. Claimed to have witnessed the acts of omission or commission alleged in the
>    complaint;
>
> 2. Claimed to have firsthand knowledge of the acts of omission or commission
>    alleged in the complaint;
>
> 3. Claimed to be witnesses to any acts, omissions or conditions which allegedly
>    caused the occurrence alleged in the complaint;
>
> 4. Claimed to be witnesses to any communications involving the defendant
>    which plaintiff may seek to introduce at trial; and
>
> 5. If plaintiffs' attorney, representative or plaintiff (him or herself as the case
>    may be) has or have conducted an interview with any of the physicians who
>    treated the injuries alleged herein or related conditions, whether preexisting
>    the alleged malpractice or occurring subsequent thereto, set forth:
>
>    > a. The full name and address of the physician;
>    >
>    > b. The corresponding date on which each interview was conducted;
>    >
>    > c. The full name and address of each person conducting the said
>    >    interview;

{02000585.DOCX }

     d.   The full name address of every other person – if any – in attendance;

     e.   Whether any mechanical device such as, but not limited to, stenographic note taking, audio and/ or videotaping, etc. was utilized during said interview.

At the offices of the undersigned attorneys within twenty (20) days from the date hereof.

        PLEASE TAKE FURTHER NOTICE, that this is to be deemed a continuing demand, and all responsive information that subsequently is made known or becomes available to plaintiff shall be furnished to the undersigned in a timely fashion.

        PLEASE TAKE FURTHER NOTICE, that failure to provide the aforesaid information within twenty (20) days after receipt of this Notice, will leave you subject to the provisions of the CPLR.

Dated:    New York, New York
         June 21, 2017

                      Yours, etc.

                      BY:  Robert J. Chappell
                      AARONSON RAPPAPORT FEINSTEIN &
                      DEUTSCH, LLP
                      Attorneys for Defendants
                      SHAILINI SINGH, M.D. and NYU LUTHERAN
                      MEDICAL CENTER s/h/a LUTHERAN
                      MEDICAL CENTER
                      Office & P.O. Address
                      600 Third Avenue
                      New York, NY  10016
                      212-593-6700

To:      TROLMAN, GALER & LICHTMAN, P.C.
         Attorneys for Plaintiffs
         747 Third Avenue - 23rd Floor
         New York, New York   10017
         (212) 750-1200

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                       Plaintiff,

    - against -

ERNESTO RODRIGUEZ-DUMONT, M.D.,
SHAILINI SINGH, M.D., JYOTHI CHOWDARY
NANNAPANENI, M.D., LUTHERAN FAMILY
HEALTH CENTERS and  LUTHERAN
MEDICAL CENTER,

                    Defendants.
————————————————————————x

**DEMAND FOR COLLATERAL
SOURCE INFORMATION**

Civil Court Action No. 514095/2015

SIR/MADAM:

      PLEASE TAKE NOTICE, that demand is hereby made upon you pursuant to CPLR §4545 to produce and permit the undersigned attorneys to inspect and copy the contents of:

      1.  Each and every collateral source of payment, including but not limited to insurance agreements (except life insurance), Social Security (except those benefits provided under Title XVIII of the Social Security Act), Workers' Compensation or employee benefit programs (except such collateral sources entitled by law to liens against any recovery of the plaintiff), and any other collateral source of payment for past or future costs or expenses alleged to have been incurred by the plaintiff(s) and for which recovery is sought in the instant action, and

      2.  A written statement setting forth any and all such collateral sources and their amounts.

      PLEASE TAKE FURTHER NOTICE, that failure to produce said collateral sources of

{02000588.DOCX }

payment at the offices of the undersigned within twenty (20) days from the date herein, will result in a motion for appropriate relief.

Dated:      New York, New York
            June 21, 2017

                                        Yours, etc.

                                        BY:  Robert J. Chappell
                                        AARONSON RAPPAPORT FEINSTEIN &
                                        DEUTSCH, LLP
                                        Attorneys for Defendants
                                        SHAILINI SINGH, M.D. and LUTHERAN
                                        MEDICAL CENTER
                                        Office & P.O. Address
                                        600 Third Avenue
                                        New York, NY  10016
                                        212-593-6700

To:         TROLMAN, GLASER & LICHTMAN, P.C.
            Attorneys for Plaintiff (s)
            747 Third Avenue
            New York, New York   10017
            (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────────x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                                    Plaintiffs,

        - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                                    Defendants.
──────────────────────────────────────x

**DEMAND PURSUANT TO
CPLR §2103**

Civil Court Action No. 16-6726


SIR/MADAM:

        PLEASE TAKE NOTICE, that pursuant to §2103(e) of the Civil Practice Law and Rules,

you are hereby required to furnish to the undersigned the names and addresses of the parties, and

their respective attorneys who have appeared in this action.

Dated:    New York, New York
          June 21, 2017


                                    Yours, etc.

                                    _____
                                    BY:  Robert J. Chappell
                                    AARONSON RAPPAPORT FEINSTEIN &
                                    DEUTSCH, LLP
                                    Attorneys for Defendants
                                    SHAILINI SINGH, M.D. and NYU LUTHERAN
                                    MEDICAL CENTER s/h/a LUTHERAN
                                    MEDICAL CENTER
                                    Office & P.O. Address
                                    600 Third Avenue
                                    New York, NY  10016
                                    212-593-6700

{02000590.DOCX }

To:        TROLMAN, GALER & LICHTMAN, P.C.
               Attorneys for Plaintiffs
               747 Third Avenue - 23rd Floor
               New York, New York   10017
               (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                    Plaintiffs,

   - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                  Defendants.

————————————————————————————x

**DEMAND FOR INDEX NUMBER
RECEIPT**

Civil Court Action No. 16-6726

SIR/MADAM:

        PLEASE TAKE NOTICE, that demand is hereby made that you serve upon the

undersigned within fifteen (15) days hereof, a copy of the receipt of the purchase of the Index

Number assigned to the above-captioned matter pursuant to CPLR §306-a.

Dated:    New York, New York
           June 21, 2017

                                  Yours, etc.

                                  BY:  Robert J. Chappell
                                  AARONSON RAPPAPORT FEINSTEIN &
                                  DEUTSCH, LLP
                                  Attorneys for Defendants
                                  SHAILINI SINGH, M.D. and NYU LUTHERAN
                                  MEDICAL CENTER s/h/a LUTHERAN
                                  MEDICAL CENTER
                                  Office & P.O. Address
                                  600 Third Avenue
                                  New York, NY  10016
                                  212-593-6700

{02000591.DOCX }

To:      TROLMAN, GALER & LICHTMAN, P.C.
             Attorneys for Plaintiffs
             747 Third Avenue - 23rd Floor
             New York, New York   10017
             (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO PEREZ
LOPEZ,

                  Plaintiffs,

  - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                Defendants.
————————————————————————x

**DEMAND FOR AUTHORIZATIONS
FOR HOSPITAL AND PHYSICIAN'S
RECORDS AND INTERVIEWS FOR
TREATING PHYSICIAN**

Civil Court Action No. 16-6726

SIR/MADAM:

      PLEASE TAKE NOTICE, that demand is hereby made that you serve upon the undersigned duly executed authorizations for the release of the records pertaining to the care and treatment rendered to the plaintiff in any and all hospitals.

      Demand is additionally made that you serve upon the undersigned duly executed authorizations for the release of records of any and all treating physicians and other medical providers.

      Demand is further made that you serve upon the undersigned duly executed authorizations in accordance with Arons v. Jutkowitz, 9 NY3rd 393 (2007), for the ex parte interview by defense counsel of any and all treating physicians and all other medical providers in the form attached hereto or other form complying with 45 CFR 164.508 [c][1], [2] to the extent that each such authorization set forth:

    1)      This law firm's name;

    2)      The identity of this law firm's client;

    3)      The "protected" and related health information expected to be disclosed;

    4)      The non-party medical provider's right to refuse the request for the ex parte

{02000595.DOCX }

interview;

5)     That the aforesaid authorization is to remain valid for the duration of this lawsuit.

The aforementioned authorizations should include the full name and address of each institution and/or physician and the dates of confinement or treatment and should be in the form attached hereto or other HIPAA compliant form.

PLEASE TAKE FURTHER NOTICE, that failure to comply with this demand will serve as a basis for a motion to preclude the plaintiff upon the trial of this action from offering proof relative to all claimed injuries and medical damages if such authorizations are not forthcoming within twenty (20) days after service of a copy of the within Demand.

Dated:     New York, New York
           June 21, 2017

                                          Yours, etc.

                                          BY: Robert J. Chappell
                                          AARONSON RAPPAPORT FEINSTEIN &
                                          DEUTSCH, LLP
                                          Attorneys for Defendants
                                          SHAILINI SINGH, M.D. and NYU LUTHERAN
                                          MEDICAL CENTER s/h/a LUTHERAN
                                          MEDICAL CENTER
                                          Office & P.O. Address
                                          600 Third Avenue
                                          New York, NY  10016
                                          212-593-6700

To:     TROLMAN, GALER & LICHTMAN, P.C.
        Attorneys for Plaintiffs
        747 Third Avenue - 23rd Floor
        New York, New York   10017
        (212) 750-1200

{02000595.DOCX }



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Aaronson Rappaport Feinstein & Deutsch, LLP, 600 Third Avenue, New York, NY 10016 and their record retrieval agents Record Access Corporation 206 Fifth Avenue, New York, NY 10001 and/or Legal-Med Support Inc, 132 East 43rd Street, Suite 715, New York, NY 10017

9(a). Specific information to be released:
  ⊔ Medical Record from (insert date) _____ to (insert date) _____
  ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

  ⊔ Other: _____

  _____

Include: (*Indicate by Initialing*)

_____ **Alcohol/Drug Treatment**

_____ **Mental Health Information**

**Authorization to Discuss Health Information**

_____ **HIV-Related Information**

(b) ⊔ By initialing here _____ I authorize _____
                Initials                            Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>  ☐ At request of individual<br>  ⊔ Other: | 11. Date or event on which this authorization will expire: |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____      Date: _____
Signature of patient or representative authorized by law.

* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Instructions for the Use
of the HIPAA-compliant Authorization Form to
Release Health Information Needed for Litigation


This form is the product of a collaborative process between the New York State Office of Court Administration, representatives of the medical provider community in New York, and the bench and bar, designed to produce a standard official form that complies with the privacy requirements of the federal Health Insurance Portability and Accountability Act ("HIPAA") and its implementing regulations, to be used to authorize the release of health information needed for litigation in New York State courts. It can, however, be used more broadly than this and be used before litigation has been commenced, or whenever counsel would find it useful.

The goal was to produce a standard HIPAA-compliant official form to obviate the current disputes which often take place as to whether health information requests made in the course of litigation meet the requirements of the HIPAA Privacy Rule. It should be noted, though, that the form is optional. This form may be filled out on line and downloaded to be signed by hand, or downloaded and filled out entirely on paper.

When filing out Item 11, which requests the date or event when the authorization will expire, the person filling out the form may designate an event such as "at the conclusion of my court case" or provide a specific date amount of time, such as "3 years from this date".

If a patient seeks to authorize the release of his or her entire medical record, but only from a certain date, the first two boxes in section 9(a) should both be checked, and the relevant date inserted on the first line containing the first box.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,                                              **DEMAND FOR TAX RETURNS
                                                          AND EMPLOYMENT RECORDS**

                            Plaintiffs,
                                                          Civil Court Action No. 16-6726

         - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                            Defendants.
————————————————————————x


SIR/MADAM:

         PLEASE TAKE NOTICE, that pursuant to Rule 3120 of the CPLR, you are hereby
required to furnish to the undersigned full and complete copies, or, authorizations to obtain full
and complete copies of all employment and tax records referable to the plaintiff(s).

         PLEASE TAKE FURTHER NOTICE, that failure to provide the aforesaid authorizations
within twenty (20) days after receipt of this Notice will leave you subject to the provisions of the
CPLR.


Dated:      New York, New York
            June 21, 2017


                                                    Yours, etc.

                                                    BY:  Robert J. Chappell
                                                    AARONSON RAPPAPORT FEINSTEIN &
                                                    DEUTSCH, LLP
                                                    Attorneys for Defendants
                                                    SHAILINI SINGH, M.D. and NYU LUTHERAN
                                                    MEDICAL CENTER s/h/a LUTHERAN
                                                    MEDICAL CENTER
                                                    Office & P.O. Address
                                                    600 Third Avenue
                                                    New York, NY  10016
                                                    212-593-6700


{02000597.DOCX }

To:     TROLMAN, GALER & LICHTMAN, P.C.
          Attorneys for Plaintiffs
          747 Third Avenue - 23rd Floor
          New York, New York   10017
          (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,                                          **NOTICE TO PRODUCE
                                                     STATEMENTS**
                         Plaintiffs,
                                                     Civil Court Action No. 16-6726
        - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                         Defendants.
————————————————————————x


SIR/MADAM:


        PLEASE TAKE NOTICE, that pursuant to §3101(e) of the Civil Practice Law

and Rules, you are hereby required to produce at the offices of the undersigned attorneys within

twenty (20) days from the date herein, any statements made by defendant(s), **SHAILINI**

**SINGH, M.D. and NYU LUTHERAN MEDICAL CENTER s/h/a LUTHERAN MEDICAL**

**CENTER**, and/or the statements of any of their employees and/or the statements of their former

employees relating to the issues in this matter, including but not limited to any and all records

obtained from said defendant(s).

{02000602.DOCX }

PLEASE TAKE FURTHER NOTICE, that upon failure to produce the aforesaid

items, a motion will be made to the Court for the appropriate relief with costs.


Dated:     New York, New York
           June 21, 2017


                                        Yours, etc.

                                        BY:  Robert J. Chappell
                                        AARONSON RAPPAPORT FEINSTEIN &
                                        DEUTSCH, LLP
                                        Attorneys for SHAILINI SINGH, M.D. and NYU
                                        LUTHERAN MEDICAL CENTER s/h/a
                                        LUTHERAN MEDICAL CENTER
                                        Office & P.O. Address
                                        600 Third Avenue
                                        New York, NY  10016
                                        212-593-6700


To:      TROLMAN, GALER & LICHTMAN, P.C.
         Attorneys for Plaintiffs
         747 Third Avenue - 23rd Floor
         New York, New York  10017
         (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                        Plaintiffs,

      - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                      Defendants.
————————————————————————x

**NOTICE TO PRODUCE
CERTIFICATE OF MERIT**

Civil Court Action No. 16-6726

SIR/MADAM:

        PLEASE TAKE NOTICE, that pursuant to §3012-a(a)(2) of the Civil Practice Law

and Rules, you are hereby required to furnish the undersigned with a Certificate of Merit.

        PLEASE TAKE FURTHER NOTICE, that failure to provide the aforesaid within

twenty (20) days after the receipt of this notice, will leave you subject to the provisions of the

CPLR.

Dated:    New York, New York
         June 21, 2017

                                Yours, etc.

                                BY:  Robert J. Chappell
                                AARONSON RAPPAPORT FEINSTEIN &
                                DEUTSCH, LLP
                                Attorneys for SHAILINI SINGH, M.D. and NYU
                                LUTHERAN MEDICAL CENTER s/h/a
                                LUTHERAN MEDICAL CENTER
                                Office & P.O. Address
                                600 Third Avenue
                                New York, NY  10016
                                212-593-6700

{02000603.DOCX }

To:       TROLMAN, GALER & LICHTMAN, P.C.
               Attorneys for Plaintiffs
               747 Third Avenue - 23rd Floor
               New York, New York   10017
               (212) 750-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,                                         **DEMAND FOR DISCLOSURE OF**
                                                     **MEDICARE/MEDICAID/BENEFITS**
                          Plaintiffs,                **/ELIGIBILITY**

        - against -                                  Civil Court Action No. 16-6726

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                          Defendants.

———————————————————————x

Dear Sir/Madam:

        PLEASE TAKE NOTICE that demand is hereby made that plaintiff(s) provide the
following information pursuant to CPLR 3120(a) and 42 U.S.C. Section 1395y(b)(8)(A):

1. The plaintiff's date of birth;
2. The plaintiff's Social Security Number;
3. The plaintiff's Medicare Health Insurance Claim Numbers (HICNs), Medicaid file
   number, New York State Department of Social Services (DSS) file number, and/or
   Medicare Secondary Payor (MSP) file number, if applicable;
4. If the plaintiff has applied for or been awarded Medicare and/or Medicaid and/or DSS
   and/or MSP benefits, all information/documentation related to the application applied
   and/or award of said benefits including the amount paid out to plaintiff to date which is
   subject to the mandatory reporting requirements of MMSEA § 111; include the full name
   under which plaintiff applied for these benefits;
5. If the plaintiff has applied for or been awarded Supplemental Security Income (SSI), or
   Social Security Disability Insurance (SSDI), all information/documentation related to the
   application and/or award of said benefits; include the full name under which plaintiff
   applied for these benefits;
6. State if plaintiff applied for insurance benefits with a private insurer pursuant to Medicare
   part B, C, or D. If yes, provide the name and address of the insurer and set forth the
   benefits provided.
7. If plaintiff has been receiving Medicare benefits and is now deceased, please provide the
   following:
   a. Relationship of the administrator of plaintiff's estate to plaintiff's decedent.
   b. Name and address of Plaintiff's administrator.

{02000604.DOCX }

     c.  Telephone number and/or e-mail address of plaintiff's administrator.

     d.  Social Security Number of plaintiff's administrator.

8. If the plaintiff has been denied Medicare, Medicaid, SSI, and/or SSDI benefits, provide all information/documentation concerning any such denial;

9. If the plaintiff has appealed or intends to appeal the denial of Medicare, Medicaid, SSI, and/or SSDI benefits, provide all information/documentation of any such appeal or intents to appeal of the denial of such benefits; and

10. State whether Medicare, Medicaid and/or the Social Security Administration has a lien on any potential award, judgment or settlement in this lawsuit and, if so, state the amount of such lien(s) and provide all information /documentation relative to these liens.

Pursuant to CPLR § 3101(a), provide duly executed and acknowledged written authorizations permitting defendant's attorneys and defendant's representatives to obtain and make copies of all Medicaid records, specifying the correct address of said Medicaid office, along with the plaintiff's Social Security Number and the file number. Said defendant further demands that a signed original of the attached Authorization for Release of Medicaid Protected Information, and/or any other specific authorization required by Medicaid be executed and provided for use in conjunction with this demand as it pertains to health information.

If plaintiff received or applied for Social Security benefits, including but not limited to SSI or SSDI benefits, provide a duly executed and acknowledged written authorization setting forth the correct Social Security file number, allowing the defendant's attorneys and defendant's representatives to obtain and make copies of all files, records, and reports of the Social Security Administration regarding the plaintiff. Said defendant further demands that a signed original of the attached Social Security Administration Consent for Release of Information and/or any other specific authorization required by the Social Security Administration be executed and provided for use in conjunction with this demand as it pertains to health information.

PLEASE TAKE FURTHER NOTICE that the provisions of CPLR 3122 govern this demand and if the party to whom the notice is directed objects to the disclosure, inspection or examination or withholds any documents which appear to be within the category of the documents required by the notice, compliance with CPLR 3122 is required.

PLEASE TAKE FURTHER NOTICE that in the event of failure or refusal to comply with any of these demands, said defendant will apply to the Court for the appropriate relief including, but not limited to, an Order compelling compliance pursuant to CPLR 3124 and/or appropriate relief pursuant to CPLR § 3126 and 22 N.Y.C.R.R. Part 130.

PLEASE TAKE FURTHER NOTICE, that all demands herein shall be deemed to continue during the pendency of this action through and including the trial thereof and plaintiff's responses must be amended or supplemented properly in compliance with CPLR § 3101(h).

Dated:     New York, New York
           June 21, 2017

                                              Yours, etc.


                                              BY:  Robert J. Chappell
                                              AARONSON RAPPAPORT FEINSTEIN &
                                              DEUTSCH, LLP
                                              Attorneys for Defendants
                                              SHAILINI SINGH, M.D. and NYU LUTHERAN
                                              MEDICAL CENTER s/h/a LUTHERAN
                                              MEDICAL CENTER
                                              Office & P.O. Address
                                              600 Third Avenue
                                              New York, NY  10016
                                              212-593-6700

To:        TROLMAN, GALER & LICHTMAN, P.C.
           Attorneys for Plaintiffs
           747 Third Avenue - 23rd Floor
           New York, New York  10017
           (212) 750-1200

{02000604.DOCX }

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
—————————————————————x

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                         Plaintiffs,

          - against -

UNITED STATES OF AMERICA, SHAILINI
SINGH, M.D., JOHN ILAGAN, M.D. and
LUTHERAN MEDICAL CENTER,

                         Defendants.
—————————————————————x

**DEMAND FOR SOCIAL
NETWORKING INFORMATION**

Civil Court Action No. 16-6726

COUNSELORS:

      PLEASE TAKE NOTICE, that pursuant to Article 31 of the CPLR, §2305 and §3120 of

the CPLR, you are hereby required to serve upon AARONSON RAPPAPORT FEINSTEIN &

DEUTSCH, LLP, attorneys for the defendant SHAILINI SINGH, M.D. and NYU LUTHERAN

MEDICAL CENTER s/h/a LUTHERAN MEDICAL CENTER, within twenty (20) days after

service of a copy of this demand, setting forth in detail the following documents and materials:

          (1)   Original,  signed,  fully  addressed,  fully  executed  HIPAA-compliant

authorizations,  containing  complete  names  and  addresses  of  each  social  networking

entity/provider, date of birth and social security number of Plaintiff, and any other identifying

information for the release of any and all historical records/information for Plaintiffs':

          a)  Facebook account;
          b)  Myspace account;
          c)  Twitter account;
          d)  Foursquare account;
          e)  Google Buzz account;
          f)  Shutterfly.com account;
          g)  Flickr.com account;
          h)  Snapfish.com account;
          i)  LinkedIn account;
          j)  Evite.com account;

{02000610.DOCX }

        k) Punchbowl.com account;
        l) Classmates.com account;
        m) Active.com account;
        n) Bebo.com account;
        o) Friendster account; and
        p) Instagram account.

(2) Identify any other social networking site(s) which Plaintiff has been a member of from five (5) years prior to the alleged date of negligence to present.

The above authorizations must include the email address linked to the account, along with all other required identifying information. If Plaintiff never had such an account, then an Affidavit to that effect must be provided. If Plaintiff does not currently have such an account, but had such an account at some time prior, then an Affidavit to that effect must be provided, including the time frame such an account existed.

Dated:    New York, New York
          June 21, 2017

                           Yours, etc.

                           BY:  Robert J. Chappell
                           AARONSON RAPPAPORT FEINSTEIN &
                           DEUTSCH, LLP
                           Attorneys for Defendants
                           SHAILINI SINGH, M.D. and NYU LUTHERAN
                           MEDICAL CENTER s/h/a LUTHERAN
                           MEDICAL CENTER
                           Office & P.O. Address
                           600 Third Avenue
                           New York, NY  10016
                           212-593-6700

To:      TROLMAN, GALER & LICHTMAN, P.C.
        Attorneys for Plaintiffs
        747 Third Avenue - 23rd Floor
        New York, New York   10017
        (212) 750-1200

{02000610.DOCX }

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civil Court Action No.:  16-6726

---

ELVIA PONCE GARCIA and DEMETRIO
PEREZ LOPEZ,

                                    Plaintiffs,

        - against -

UNITED STATES OF AMERICA,
SHAILINI SINGH, M.D., JOHN ILAGAN,
M.D. and LUTHERAN MEDICAL
CENTER,

                                    Defendants.

---

**NOTICE OF DEPOSITION AND COMBINED DISCOVERY DEMANDS AND NOTICES**

---

**AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**
Defendants
SHAILINI SINGH, M.D. and NYU LUTHERAN MEDICAL CENTER s/h/a LUTHERAN
MEDICAL CENTER
Office and Post Address
600 Third Avenue
New York, NY  10016
212-593-6700

---

To:    **ALL PARTIES**

---

{02000613.DOCX }